JULIA JAYNE (State Bar No. 202753)
Email: julia@jaynelawgroup.com
JAYNE LAW GROUP, P.C.
803 Hearst Ave.
Berkeley, CA 94710
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorney for Defendant
VLADYSLAV POLYANSKYY

FILED
APR -6 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VLADYSLAV POLYANSKYY et al,<br><br>Defendant. | Case No. CR 22-00428 JSW [DMR]<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE;** [PROPOSED] **ORDER** |

Plaintiff United States of America and Defendant Vladyslav Polyanskyy (collectively, the "Parties"), hereby stipulate as follows:

WHEREAS, an Indictment charging Mr. Polyanskyy with one count of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h) and one count of concealment money laundering in violation of 18 U.S.C. § 1956(a)(3)(B) was filed on November 9, 2022, see Docket Entry No. 22;

WHEREAS, on July 14, 2022, a no bail warrant for Mr. Polyansky's arrest was authorized by United States Magistrate Judge Tse, *see id.*;

WHEREAS, Mr. Polyanskyy is a citizen and resident of the Ukraine and was living in Europe in July 2022 when he was arrested;

WHEREAS, while in Spain, Mr. Polyanskyy consented to extradition and to appear in the Northern District of California;

WHEREAS, at the hearing on November 2, 2022, the Court ordered (1) that Mr. Polyanskyy be released on $100,00 bond, secured by $10,000 with the signature of Peter Watson, (2) that his travel be limited to the Northern District of California, (3) that he reside in specific residences, and (4) that he submit to electronic monitoring.

WHEREAS, Mr. Polyanskyy posted $10,000 bail to the Clerk of Court on November 9, 2022;

WHEREAS, the Parties agree to the following modifications to Mr. Polyanskyy's release conditions: (1) that he be permitted to reside and travel within the European Union and the United Kingdom and travel back and forth between the United States and the European Union and the United Kingdom; (2) that he not be permitted to travel to or enter any country that does not have an extradition treaty with the United States; (3) that Mr. Polyanskyy have his passports returned to him; (4) that the condition that Mr. Polyanskyy submit to electronic monitoring be removed; (5) that Mr. Polyanskyy maintain regular electronic or phone contact with his counsel; (6) that Mr. Polyanskyy appear at all court appearances when ordered to do so by the magistrate or district court; (7) that Mr. Polyanskyy's unsecured bond be increased to $200,000, and Peter Watson will remain on the bond as a co-signer; (8) the secured bond amount will remain unchanged; (8) Mr. Polanskyy will no longer be subject to pretrial supervision; (9) Mr. Polyanskyy must update the government (through counsel) as to his residential address and must provide an updated address if he will be living at a particular location for more than two weeks; and (10) all other standard terms and conditions of release remain unchanged.

IT IS THEREFORE STIPULATED THAT:

1. Mr. Polyanskyy will be permitted to reside and travel within the European Union and the United Kingdom and travel back and forth between the United States and the European Union and the United Kingdom;

2. Mr. Polyanskyy will not be permitted to travel to or enter any country that does not have an extradition treaty with the United States;

3. Mr. Polyanskyy will have his passports returned to him;

4. Mr. Polyanskyy will no longer be subject submit to electronic monitoring and the monitor shall be removed forthwith;

5. Mr. Polyanskyy shall maintain regular electronic or phone contact with his counsel;

6. Mr. Polyanskyy's unsecured bond shall be increased to $200,000, co-signed by Peter Watson;

7. The secured bond amount of $10,000 will remain unchanged;

8. Mr. Polyanskyy will no longer be subject to Pretrial Supervision;

9. All other standard terms and conditions of release remain unchanged. Those conditions are as follows:

- Defendant must appear at all proceedings as ordered by the Court and must surrender for service of any sentence imposed.
- Defendant must not commit any federal, state or local crime.
- Defendant must not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or Officer of the Court, or obstruct any criminal investigation.
- Defendant must not possess any firearm, destructive device, or other dangerous weapon.
- Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without a legal prescription.
- Defendant must have no contact, directly or indirectly, with any co-defendant outside the presence of counsel.

10. Mr. Polyanskyy must update the government (through counsel) as to his residential address and must provide an updated address if he will be living at a particular location for more than two weeks

11. To the extent Mr. Polyanskyy requires any assistance with procuring a visa for entry into the United States, counsel for the United States shall use its best efforts to provide such assistance. Counsel for the United States will also take reasonable steps to remove any impediments to Mr. Polyanskyy's entry into the United States.

Defendant's undersigned counsel, Julia Jayne, hereby attests that Andrew Dawson, counsel for the United States, concurs in the filing of this Stipulation.

SO STIPULATED.

DATED: April 5, 2023

ISMAIL J. RAMSEY
United States Attorney

/s/
ANDREW F. DAWSON
Assistant United States Attorney

DATED: April 5, 2023

/s/
JULIA JAYNE
JAYNE LAW GROUP, P.C.
Counsel for Defendant

**ADDITIONAL SIGNATURES:**

DATED: April 5, 2023

Vladyslav Polyanskyy

DATED: April 5, 2023

/s/
Peter Watson

STIP AND [PROPOSED] ORDER TO MODIFY BOND, CASE NO. CR 22-0428 JSW

[~~PROPOSED~~] ORDER

Pursuant to stipulation, it is SO ORDERED.

DATED: 4/6/23

HON. DONNA M. RYU
United States Magistrate Judge